UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITEED STATES OF AMERICA,
       Plaintiff,

     -v-

$40,000 UNITED STATES CURRENCY,
       Defendant.
_____

21-
Request for Arrest Warrant
in Rem Cover Sheet

[x]   The property <u>is</u> in the government's possession, custody, or control.

     The United States of America respectfully requests that the Clerk to issue a warrant of arrest in rem pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

-------------- OR --------------

[ ]   The property <u>is not</u> in the government's possession, custody, or control.

     The United States of America shall make a motion requesting that the Court issue a warrant of arrest in rem pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Date: <u>June 7, 2021</u>

          <u>*s*/MARY CLARE KANE</u>
          Assistant United States Attorney